# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHODOOSHIM & SON, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHEIN FASHION GROUP, INC., a California Corporation; YANGTIAN XU, an individual; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 2:17-CV-08965-CAS (AGRx)<br><br>[PROPOSED] ORDER GRANTING THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>[Stipulation filed concurrently herewith]<br><br>Judge:    Hon. Christina A. Snyder<br><br>Complaint Served:      Dec. 28, 2017<br>Current Response Date:  Feb. 9, 2018<br>New Response Date:     March 5, 2018 |

Having considered the parties' Third Stipulation to Extend Time to Respond to Complaint and finding that it is supported by good cause, the Court hereby GRANTS the Stipulation. Defendants Shein Fashion Group, Inc. and Yangtian Xu shall have up to and including March 5, 2018 to answer or otherwise respond to the Complaint.

Dated: February 9, 2018

_____
Hon. Christina A. Snyder
District Court Judge

1

[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

LA 133514242v1