C. YONG JEONG, ESQ. (SBN 255244)
jeong@jeonglikens.com
JEONG & LIKENS, L.C.
1010 Wilshire Blvd, Suite 715
Los Angeles, California 90017
Tel. 213-688-2001
Fax. 213-688-2002

Attorney for Plaintiff, GHODOOSHIM & SON, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHODOOSHIM & SON, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>SHEIN FASHION GROUP, INC., a California Corporation; YANGTIAN XU, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-8965-CAS-AGR<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>*Honorable Christina A. Snyder* |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff GHODOOSHIM & SON, INC. and Defendants SHEIN FASHION GROUP, INC. and YANGTIAN XU that the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*.

Each party shall bear their own costs and attorney fees.

1    Dated: March 14, 2018

2                                    By:    /s/ *C. Yong Jeong*
3                                           C. Yong Jeong, Esq.
                                            Attorney for Plaintiff
4                                           GHODOOSHIM & SON, INC.

5

6

7

8    Dated: March 14, 2018

9                                    By:    /s/ *Valerie W. Ho*
                                            Valerie W. Ho
10                                          Attorney for Defendants
11                                          SHEIN FASHION GROUP, INC.
                                            YANGTIAN XU
12

13

14        I hereby attest that all signatories listed above, on whose behalf this notice is

15   being submitted, concur in the filing's content and have authorized the filing.

16

17   Dated: March 14, 2018              /s/ *C. Yong Jeong*
                                        C. Yong Jeong, Esq.
18                                      Attorney for Plaintiff

19

20

21

22

23

24

25

26

27

28