UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV17-8965-CAS(AGRx) | Date | March 15, 2018 |
|---|---|---|---|
| Title | *GHODOOSHIM & SON, INC. v. SHEIN FASHION GROUP, INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) (Filed 03/14/18)[18]

The Court is in receipt of the Stipulation for Dismissal[18] filed March 14, 2018. No Proposed Order was provided. The Court grants the parties Stipulation for Dismissal with prejudice. Each party shall bear their own costs and attorneys fees.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |