AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | | COURT NAME AND LOCATION<br>United States District Court |
|---|---|---|
| DOCKET NO.<br>2:17-cv-8965 CAS | DATE FILED<br>12/8/2017 | Central District of California, Western Division<br>312 North Spring Street, Rm G-8, Los Angeles, CA 90012 |
| PLAINTIFF<br>GHODOOSHIM & SON, INC., a California Corporation | | DEFENDANT<br>SHEIN FASHION GROUP, INC., a California Corporation; YANGTIAN XU, an individual; and DOES 1-10, inclusive, |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VAu 1-029-287 | MD-10541 TO MD-10613 AND 20244 TO 20270 (TOTAL 107 DESIGNS) | GHODOOSHIM & SON, INC. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☑ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☑ No | DATE RENDERED<br>3/15/2018 |
|---|---|---|
| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>/s/ Jenny Lam | DATE<br>3/16/2018 |

3) Upon termination of action, mail copy to Register of Copyrights